FILED
ENTERED
                                    RECEIVED
                            COUNSEL/PARTIES OF RECORD
                                    SERVED ON

                              FEB 2 0 2015

                          CLERK US DISTRICT COURT
                            DISTRICT OF NEVADA

                                                          DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,      )      3:06-CR-0023-VPC
                               )
        Plaintiff,             )
                               )      **ORDER REGARDING DISTRIBUTION**
    vs.                        )      **OF FUNDS**
                               )
STEVEN NOEL DRESSLER,          )
                               )
        Defendants.            )

On February 14, 2007, the defendant was sentenced as to count 1 of the superseding misdemeanor information (#34).  On February 26, 2007, a judgment in a criminal case was entered (#35).  The defendant was ordered to pay restitution in the amount of four thousand ($4,000.00) to the United States Probation Office (#35).

The Court finds the distribution of the previously ordered and paid restitution be paid to:

Nevada Victims of Crime Program
P.O. Box 94525
Las Vegas, NV 89193-1525
Attn: #10-10016309-CC

The United States Probation Office shall return the funds to the Clerk of Court who is directed to distribute them in accordance with this order.

**IT IS SO ORDERED.**

DATED:  February 20, 2015.

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE